# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

Clifford W. Taylor,
Chief Justice

131558

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                        SC: 131558
                                        COA: 269393
                                        Monroe CC: 04-034045-FH
                                                                04-034047-FH
                                                                04-034050-FH
                                                                 04-034056-FH

LEWIS JACK RUSSELL,
                 Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the May 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006                                             

s1122                                                        Clerk